# IN THE MATTER OF THE CLIENT SECURITY FUND

S.W.2d

Supreme Court of Arkansas
Delivered April 2, 1990

PER CURIAM. Jill R. Jacoway of Fayetteville, Arkansas, is hereby appointed to the Client Security Fund Committee replacing Dewain Hodge of Waldron, Arkansas, third congressional district. Ms. Jacoway is appointed for a term expiring July 30, 1996.

The Court expresses its gratitude to Dewain Hodge for his faithful service to the Court.

# IN THE MATTER OF THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT

S.W.2d

Supreme Court of Arkansas
Delivered April 30, 1990

PER CURIAM. Dr. Wilma Diner of Little Rock, Arkansas, is appointed to the Supreme Court Committee on Professional Conduct for a term of four years, expiring May 1, 1994. Dr. Diner is appointed as a member at-large replacing Ms. Nancy Wood of Little Rock, Arkansas, whose term has expired.

The Court expresses its gratitude to Ms. Wood for her dedicated and faithful service to the Committee.